**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ISAAC M. MCDONALD                                                                                    PLAINTIFF
ADC #147039

V.                                            NO: 5:12CV00340 SWW

CORRECTIONAL MEDICAL
SERVICES INC *et al.*                                                                                DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. Based upon plaintiff's objection, the Court declines to adopt the Proposed Findings and Recommended Disposition because they are moot. The Court refers the case back to Magistrate Judge H. David Young for disposition or recommendation as he deems appropriate.

IT IS SO ORDERED this 27th day of November, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE