**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ISAAC M. MCDONALD                                                                                      PLAINTIFF
ADC #147039

V.                                             NO: 5:12CV00340 SWW/HDY

CORRECTIONAL MEDICAL
SERVICES INC *et al.*                                                                                 DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Arkansas Department of Correction and Sharon Harris are DISMISSED WITH PREJUDICE, and the Arkansas Department of Correction and Sharon Harris are removed as party Defendants.

DATED this 25th day of January, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE